UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TROY ABRON | CIVIL ACTION |
| VERSUS | NO: 05-876 |
| BURL CAIN | SECTION: J |

### ORDER DENYING CERTIFICATE OF APPEALABILITY

A notice of appeal having been filed in the captioned case, in which the detention complained of arises out of process issued by a state court, the Court, considering the record in the case and the requirement of FRAP 22(b), hereby **ORDERS** that:

A certificate of appealability shall not be issued. The Court stands by its October 3, 2006 adoption of the Report and Recommendation issued by Magistrate Shushan. (Rec. Doc. 15). Petitioner has not made a "substantial showing of the denial of a constitutional right" and has not shown that reasonable jurists could debate whether the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further.

New Orleans, Louisiana this 6th day of November, 2006.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

1